**UNITED  STATES  DISTRICT  COURT**
**SOUTHERN  DISTRICT  OF  OHIO**
**WESTERN  DIVISION**

NICOLAS JAMES MITCHEM,                                    Civil Action No. 1:26-cv-299

    Plaintiff,                                                     McFarland, J.
                                                               Bowman, C.M.J
  vs.

CITY OF MIDDLETOWN, OHIO, *et al.*,

    Defendants.

### REPORT AND RECOMMENDATION

On March 25, 2026, the undersigned issued a Deficiency Order after Plaintiff failed to pay the $405.00 filing fee or move for leave to proceed in forma pauperis in order to proceed with this action. (Doc. 6). The Court ordered Plaintiff, within thirty (30) days, either to pay the full filing fee or to submit a completed application and affidavit to proceed in forma pauperis. The Court further noted that Plaintiff's complaint would not be deemed "filed" unless and until the filing fee was paid or leave to proceed in forma pauperis was granted. See *Truitt v. County of Wayne*, 148 F.3d 644, 648 (6th Cir. 1998). The Order also warned Plaintiff that failure to comply could result in a report and recommendation that this action be dismissed. (Doc. 6). To date, Plaintiff has neither paid the filing fee, nor filed a motion to proceed in forma pauperis, nor otherwise responded to the Deficiency Order.

Plaintiff's failure to prosecute this matter and to obey an Order of the Court warrants dismissal of this action pursuant to Fed. R. Civ. P. 41(b). See *Jourdan v. Jabe*, 951 F.2d 108, 109–10 (6th Cir. 1991). District courts possess the inherent authority to sua sponte dismiss civil actions for want of prosecution in order to "manage their own

affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). Although Plaintiff is proceeding pro se, pro se litigants are not excused from compliance with procedural rules and court orders. See *McNeil v. United States*, 508 U.S. 106, 113 (1993).

Accordingly, **IT IS RECOMMENDED THAT** this action be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute; all pending motions (Docs. 2, 3) be **DENIED AS MOOT**; and that this case be **CLOSED.**

 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Chief Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

NICOLAS JAMES MITCHEM,                                    Civil Action No. 1:26-cv-299

      Plaintiff,                                                  McFarland, J.
                                                           Bowman, M.J

   vs.

CITY OF MIDDLETOWN, OHIO, *et al.*,

      Defendants.


**NOTICE**

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof.  That period may be extended further by the Court on timely motion by either side for an extension of time.  All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections.  A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections.  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).